# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID BISSAT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VISALIA, *a California municipal corporation and charter city*,<br><br>    Defendant. | Case No. 1:21-cv-01649-JLT-SKO<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE TRIAL<br><br>(Doc. 49) |

Due to a medical condition of defense counsel, the parties have agreed to continue the trial to "after May 10, 2024." (Doc. 49 at 2) They do not propose a new trial date but request a "short continuance." Due to the Court's impacted trial schedule, it can continue the trial by one week, when the Court has no other trials scheduled, or to a later date, though any later date before 2026, will have other trials scheduled at the same time. If that occurs, this trial will proceed after any scheduled criminal trial and after any older civil trial. Thus, the Court **GRANTS** the stipulation and continues the trial by one week to **May 14, 2024 at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   **April 17, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE