Leonard C. Herr, #081896
Caren L. Curtiss, #311218
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendant, CITY OF VISALIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RASHID BISSAT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VISALIA, a California Municipal Corporation and Charter City,<br><br>　　　　Defendant. | Case No. 1:21-cv-01649-JLT-SKO<br><br>**ORDER GRANTING STIPULATION CONTINUING TRIAL DATE**<br><br>Trial Date: May 14, 2024 |

　　　Upon review of the Parties' Stipulation Continuing Trial Date, and good cause appearing therefore, the Parties stipulation is hereby granted as follows:

　　　The May 14, 2024, trial date shall be continued to June 18, 2024 at 8:30am.

IT IS SO ORDERED.

　Dated:  **May 8, 2024**　　　　　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-

**[PROPOSED] ORDER GRANTING STIPULATION CONTINUING TRIAL DATE**

HERR, PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200