**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RASHID BISSAT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF VISALIA, A CALIFORNIA MUNICIPAL CORPORATION AND CHARTER CITY<br><br>　　　　　　Defendant. | Case No. 1:21-cv-01649-JLT-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 80) |

On June 11, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 80). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**June 11, 2024**　　　　　　　　　　*/s/ Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE